In the Matter of JOSEPH P. VITALE, Appellant, against J. EDWARD CONWAY et al., Constituting the Civil Service Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 845.]

JOSEPH A. LEONARD, Appellant, v. MARTIN GOTTLIEB et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *ante*, p. 786.]

MARY J. O'CONNOR et al., Appellants, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Executor and Trustee of MABEL H. GREEN, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Johnston, Wenzel and MacCrate, JJ. Adel, J., not voting. [See *ante*, p. 862.]

LILLIAN PERELMAN, Respondent, v. SAMUEL SPITZER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 863.]

JOHN RAPISARDI, Appellant, v. MARY RAPISARDI, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *ante*, p. 863.]

LUCILLE BIBBER, Respondent, v. EUGENE WEBER et al., Appellants.— In an action to recover damages for breach of covenants of quiet enjoyment and against encumbrances contained in a deed of premises conveyed by defendants to plaintiff, the former appeal from an order which denied their motion for summary judgment and granted the cross motion of the plaintiff for the same relief. Order unanimously affirmed, with $10 costs and disbursements. (*Petterson* v. *Radspi Realty & Coal Corp.*, 264 App. Div. 903, affd. 290 N. Y. 645; *Hansen* v. *Pattberg*, 212 App. Div. 49; cf. *Junius Constr. Corp.* v. *Cohen*, 257 N. Y. 393, 399.) While summary judgment was properly granted as to the breach of the covenant against encumbrances because of the nature of the encumbrance, plaintiff could not have judgment for damages for breach of the covenant for quiet enjoyment. She has not been removed from any part of the premises and has not shown that there has been any threat to remove her from occupancy of the part of the building within the lines of the proposed street. *Scriver* v. *Smith* (100 N. Y. 471, 477) is not applicable. In that case it was held there was practically an ouster by the use of an easement by one entitled thereto. The use under that easement rendered impossible the use by the owner of the fee of a portion of the premises subject to the easement. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ. [199 Misc. 906.]